[No. 75030-5-I. Division One. June 6, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. ASKIA ROMMUL WILLIAMS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 14-1-04253-3, Gretchen Leanderson, J., entered February 17, 2015. *Affirmed* by unpublished opinion per Becker, J., concurred in by Schindler and Leach, JJ.

[No. 75031-3-I. Division One. June 6, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. BOBBY ARLEND NORMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 14-1-05270-9, Kitty-Ann van Doorninck, J., entered June 12, 2015. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Verellen, C.J., and Spearman, J.

[No. 46969-3-II. Division Two. June 7, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. KARL STEPHEN HANNA, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 13-1-01994-9, Suzan L. Clark, J., entered December 5, 2014. *Affirmed* by unpublished opinion per Maxa, A.C.J., concurred in by Melnick and Sutton, JJ.

[No. 47485-9-II. Division Two. June 7, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN R. GARDNER, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 13-1-00313-1, F. Mark McCauley, J., entered April 13, 2015. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Bjorgen, C.J., and Maxa, J.